IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF ALASKA,

*Plaintiff/Appellee/Cross-Appellant*,

v.

NATIONAL MARINE FISHERIES SERVICE,

*Defendant/Appellee*,

and

CENTER FOR BIOLOGICAL DIVERSITY,

*Intervenor-Defendant/Appellant/Cross-Appellee.*

On Appeal from the United States District Court for the District of Alaska
No. 3:23-cv-00032 (Hon. Sharon L. Gleason)

**CENTER FOR BIOLOGICAL DIVERSITY'S
FURTHER EXCERPTS OF RECORD**
INDEX AND VOLUME 1 OF 1

Kristen Monsell
Emily Jeffers
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
(510) 844-7100
kmonsell@biologicaldiversity.org
ejeffers@biologicaldiversity.org

Marlee Goska
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
mgoska@biologicaldiversity.org

*Attorneys for Intervenor-Defendant/Appellant/Cross-Appellee
Center for Biological Diversity*

# INDEX

## Center for Biological Diversity's
## Further Excerpts of Record

| Description | Date | CBD_FER |
|---|---|---|
| Declaration of Shaye Wolf, District Court Dkt. No. 12-3 (submitted in support of Motion to Intervene) | April 25, 2023 | CBD_FER-003–11 |
| Declaration of Richard Steiner, District Court Dkt. No. 12-4 (submitted in support of Motion to Intervene) | April 25, 2023 | CBD_FER-012–19 |
| Declaration of Austin Ahmasuk (submitted with the Center for Biological Diversity's Response to the National Marine Fisheries Service's Third Brief) | Aug. 12, 2025 | CBD_FER-020–26 |

Kristen Monsell (*Pro hac vice forthcoming*)
Emily Jeffers (*Pro hac vice forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94605
Phone: (510) 844-7137
Facsimile: (510) 844-7150
Email: kmonsell@biologicaldiversity.org
        ejeffers@biologicaldiversity.org

*Attorneys for Proposed Intervenor-Defendant*
*Center for Biological Diversity*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| State of Alaska<br><br>    Plaintiffs,<br><br>v.<br><br>National Marine Fisheries Service,<br><br>    Defendant. | Case No. 3:23-cv-00032-SLG<br><br>**DECLARATION OF SHAYE WOLF** |

I, Shaye Wolf, declare as follows:

1.  The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2.  I received a B.S. in Biology at Yale University, an M.S. in Ocean Sciences at the University of California, Santa Cruz, and a Ph. D. in Ecology and Evolutionary

Case 3:23-cv-00032-SLG    Document 12-3    Filed 04/25/23    Page 1 of 9
**CBD_FER-003**

Biology from the University of California, Santa Cruz. My doctoral work focused on understanding and forecasting the effects of climate change on wildlife species. My dissertation examined the impacts of ocean climate change on seabird populations along the west coast of the United States, which resulted in publications in Global Change Biology and Ecology.

3. I am the Climate Science Director for the Center for Biological Diversity ("Center") in the Climate Law Institute, where I have worked for more than 15 years. I am familiar with the history, structure, and activities of the Center.

4. The Center is a non-profit environmental organization dedicated to preserving, protecting, and restoring biodiversity, native species, ecosystems, and public lands. The Center has over 89,000 members, each of whom shares a commitment to support the Center's work conserving marine and terrestrial biodiversity and ecosystems. The Center believes that the health and vigor of human societies and the integrity and wildness of the natural environment are closely linked. Combining conservation biology with litigation, policy advocacy, and an innovative strategic vision, the Center is working to secure a future for animals and plants hovering on the brink of extinction, for the wilderness they need to survive, and, by extension, for the spiritual welfare of generations to come.

5. The Center carries out its conservation efforts on behalf of these members. The Center's members and staff, including myself, rely on the Center to represent our interests in the preservation of imperiled species and habitats such as those in the Arctic and subarctic oceans. The Center's members seek to observe and enjoy marine wildlife,

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG                                                                 2
Case 3:23-cv-00032-SLG     Document 12-3     Filed 04/25/23     Page 2 of 9
**CBD_FER-004**

including Arctic ringed seals and bearded seals. The Center's members use waters off Alaska, including the Bering Sea, Chukchi Sea, Beaufort Sea, and surrounding coastal areas, to photograph, study, and view ringed seals and other species, and engage in other recreational pursuits. Our members have spiritual, scientific, professional, aesthetic, and/or recreational interests in ringed seals and other species.

6. The Center has several different practice areas and programs. One such area is climate change science, law, and policy. Our work in this area is coordinated by the "Climate Law Institute," (formerly, our "Climate, Air, and Energy Program") an internal institution with the primary mission of curbing climate change and sharply limiting its damaging effects on endangered species and their habitats.

7. One of the Climate Law Institute's core strategies is to protect species most imperiled by climate change and work to encourage management agencies such as the Department of Commerce and the National Marine Fisheries Service ("NMFS") to improve management for these species and take global warming impacts into account when making decisions affecting species. As part of these efforts the Center has filed numerous Endangered Species Act petitions for species threatened by climate change, including the polar bear, the Pacific walrus, and four species of ice seals—ribbon, spotted, bearded, and ringed. When necessary, we have followed up these petitions with legal actions to require federal agencies to fulfill their legal duties under the Endangered Species Act. Advocating for the protection of the ringed seal and the bearded seal has been part of these efforts.

8.  I am personally responsible for running many of our activities concerning climate change and its impacts on wildlife, including all scientific activities related to the ringed seal and the bearded seal. One of my primary areas of expertise is the impacts of climate change on the Arctic and sea-ice-dependent wildlife including the ringed seal and the bearded seal. In my capacity at the Center, I am familiar with all aspects of the Center's activities and organizational interests related to protection of ringed seals, bearded seals, and their habitat.

9.  In my role as Climate Science Director, my work focuses on gaining protections to benefit wildlife species and ecosystems threatened by climate change. Because the U.S. Endangered Species Act provides many important protections for climate-change threatened species and their habitat, I have written or co-authored seven Endangered Species Act petitions, based on extensive review of the scientific literature, to protect species threatened by climate change, including petitions for five Arctic marine mammal species (Pacific walrus, bearded seal, ringed seal, spotted seal, and ribbon seal), high-elevation species (American pika and San Bernardino flying squirrel), 83 coral species,

and eight coral reef-dependent fish.

10.  Because climate change is occurring so rapidly in the Arctic, one of my main areas of interest and expertise is the impacts of climate change on Arctic ecosystems and sea-ice dependent species, such as the ringed seal and bearded seal. For example, in 2010, I co-authored a report that reviews the scientific literature on the profound climatic

changes occurring in the Arctic and how these changes are impacting Arctic wildlife, including the ringed seal and bearded seal. I regularly communicate with scientists that research Arctic climate change to discuss and understand their research findings, regularly attend scientific conference panels and webinars on Arctic climate change, and have contributed to climate change adaptation and mitigation plans related to Arctic climate change and its impacts on wildlife.

11. In May 2008, I authored the petition for the ringed seal, bearded seal, and one other ice-dependent Arctic seal that are jeopardized by the rapid loss and thinning of the sea-ice habitat they need for essential activities including rearing pups, molting, and resting. Our petition to list the ringed seal and bearded seal contained detailed scientific data and supporting information demonstrating that the species qualified for listing under the Endangered Species Act.

12. Subsequent to the filing of the petition, we submitted six detailed follow-up comment letters and supporting information to the relevant federal agencies during the listing process, including three letters in November 2008, April 2009, and May 2010, respectively, in response to the 90-day finding, one comment letter in March 2011 on the proposed listing rule, one comment letter in May 2012 on the Special Independent Peer Review of the Status Review Report, one comment letter in February 2013 on critical habitat designation in response to the final listing rule, and one comment letter in March 2015 in response to the proposed critical habitat designation.

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG                                                                    5
Case 3:23-cv-00032-SLG     Document 12-3     Filed 04/25/23     Page 5 of 9
**CBD_FER-007**

13.  We submitted a formal notice of intent to sue when NMFS failed to respond to our petition within the timeframe mandated by the Endangered Species Act. After the Center filed suit, NMFS agreed to decide on protecting ringed and bearded seals by November 1, 2010. As relevant here, in December 2010 NMFS proposed to list the Arctic subspecies of the ringed seal and the Beringia distinct population segment ("DPS") of the bearded seal as threatened. The Center submitted comments supporting the proposed rules. In December 2011, with ringed and bearded seals slated to be listed as threatened that week, NMFS announced it would delay Endangered Species Act protections for these seals for another six months. In September 2012, after NMFS had again missed its deadline to list, the Center sued the agency for illegal delay. Finally, in December 2012, NMFS finalized the rules listing the Arctic ringed seal and bearded seal Beringia DPS as threatened.

14.  Following the listing, in 2013, Plaintiff and others filed lawsuits in the District of Alaska challenging NMFS's decision to list the bearded seal. The Center sought and was granted intervention in that case and participated in the lawsuit both in district court and on appeal to the Ninth Circuit. The district court ruled for the plaintiffs and vacated the listing, but the Ninth Circuit reversed, holding that NMFS's finding that the bearded seal Beringia DPS was likely to become endangered within the foreseeable future was reasonable and supported by the record.

15.  In 2014 and 2015, Plaintiff and others filed lawsuits challenging NMFS's decision to list the ringed seal. The Center also sought and was granted intervention in

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG                                                                      6
Case 3:23-cv-00032-SLG    Document 12-3    Filed 04/25/23    Page 6 of 9
**CBD_FER-008**

that case, and also participated in the lawsuit both in district court and on appeal to the Ninth Circuit. As with the bearded seal case, the district court ruled for the plaintiffs and vacated the listing, but the Ninth Circuit reversed, upholding NMFS's decision to list the Arctic ringed seal as a threatened species.

16. Following the Ninth Circuit's decisions in these cases, in March 2019, Plaintiff filed a petition to remove the Arctic ringed seal from the list of species protected by the Endangered Species Act. NMFS denied the petition in November 2020, and Plaintiff filed a lawsuit challenging that denial in the District of Alaska in November 2022. The Center sought and was granted intervention in that case. In granting the Center's motion to intervene, the court noted that the Center played an integral role in the listing of the Arctic ringed seal.

17. Also after the Ninth Circuit upheld NMFS's decisions to list the Arctic ringed seal and the bearded seal Beringia DPS, and in light of NMFS's failure to designate critical habitat for these seals within the timeline mandated by the Endangered Species Act, the Center sued the agency to force it to do so. The Center then entered into a settlement agreement with the agency, pursuant to which it issued a revised proposed rule to designate critical habitat for the Arctic ringed seal and a revised proposed rule to designate critical habitat for the bearded seal Beringia DPS in January 2021. The Center submitted detailed comments on both proposed critical habitat designations.

18. The Center's members derive great professional, scientific, recreational, aesthetic, and spiritual benefit from the existence of ringed seals and bearded seals. Our

members also derive great benefit from the existence and persistence of their habitat. Center members travel to the Arctic specifically to study, observe, photograph, and enjoy ringed seals, bearded seals, and other Arctic species in their sea-ice environment. They will continue to do so as long as the sea ice persists and there are ringed and bearded seals to observe.

19. However, our members are concerned that continued climate change, combined with increased industrialization of the Arctic and subarctic oceans, threatens the future of the ringed seal and the bearded seal. Extensive information collected and analyzed by scientists around the world demonstrates unequivocally that climate change is altering the Arctic and subarctic ocean habitat of ringed seals and bearded seals, and posing a fundamental threat to their continued survival.

20. If the ringed seal and bearded seal were stripped of the protections afforded by critical habitat designations, the Center and its members would be harmed. Critical habitat designations provide important protections beyond listing alone. For example, all federal agencies are required to consult with NMFS to ensure any action they authorize, fund, or carry out is not likely to destroy or adversely modify these habitats. And studies show that species with critical habitat are more than twice as likely to be in recovery than those without it. As such, these critical habitat designations provide ringed seals and bearded seals with a greater chance of persisting in the wild. This gives the Center's members a greater chance to continue to observe, enjoy, and appreciate these species and their habitats in the Arctic and subarctic oceans.

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG                                                                 8

CBD_FER-0010

21. Our members' professional, scientific, recreational, aesthetic, and spiritual interest in ringed and bearded seals and their habitat would therefore be harmed if the Plaintiff receives the relief they request—vacatur of NMFS's critical habitat designation for the Arctic ringed seal and/or vacatur of NMFS's critical habitat designation for the bearded seal Beringia DPS—in this lawsuit. Such relief would also call into question the science underlying NMFS's decision to designate these critical habitats; as well as NMFS's analysis of how climate change threatens species that depend on sea ice to survive. The designation of critical habitat under the Endangered Species Act provides important protections that can help reduce greenhouse gas emissions that are the principal threat to the ringed and bearded seal. Without these protections, there would be reduced ability to help stem the rapid melting of the seals' sea-ice habitat. Ringed and bearded seals could be exposed to an increasing number of other threats, including oil and gas development and increased shipping, that would increase their probability of extinction. The Center's members would suffer a professional, aesthetic, spiritual, and recreational loss from their diminishing ability to observe and appreciate this species in the wild.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on 21 of April, 2023, in Kensington, California,

*Shaye Wolf*

Shaye Wolf

*State of Alaska v. Nat'l Marine Fisheries Serv.*,
Case 3:23-cv-00032-SLG                                                                9
Case 3:23-cv-00032-SLG    Document 12-3    Filed 04/25/23    Page 9 of 9
CBD_FER-0011

Kristen Monsell (*Pro hac vice forthcoming*)
Emily Jeffers (*Pro hac vice forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. 800
Oakland, CA 94605
Phone: (510) 844-7137
Facsimile: (510) 844-7150
Email: kmonsell@biologicaldiversity.org
        ejeffers@biologicaldiversity.org

*Attorneys for Proposed Intervenor-Defendant*
*Center for Biological Diversity*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| State of Alaska<br><br>        Plaintiffs,<br><br>    v.<br><br>National Marine Fisheries Service,<br><br>        Defendant. | Case No. 3:23-cv-00032-SLG<br><br>**DECLARATION OF**<br>**RICHARD STEINER** |

I, Richard G. Steiner, hereby declare as follows:

1.      I live in Anchorage, Alaska, and have been a resident of Alaska since 1978. I first lived in Kodiak, then Kotzebue (on the Chukchi Sea), then Cordova, and since 1996 have lived in Anchorage.

2.      I am a member of the Center for Biological Diversity, and I rely on the Center to help represent my interests in protection of the environment through advocacy

*State of Alaska v. National Marine Fisheries Service*,
Case 3:23-cv-00032-SLG                                                    1
Case 3:23-cv-00032-SLG    Document 12-4    Filed 04/25/23    Page 1 of 8
**CBD_FER-0012**

and the enforcement of our environmental laws.

3. I served as a professor on the University of Alaska faculty from 1980–2010, with the faculty of the School of Fisheries and Ocean Sciences. Subsequently, I have served as a consultant through my organization Oasis Earth, focusing on habitat and biodiversity conservation, establishing Citizens Advisory Councils to advise industry and government, deep sea mining, and extractive industry/environment issues - particularly oil, gas, and mining - in the Arctic and globally.

4. I have been professionally interested in the Arctic for decades. My first posting with the University was as the first Marine Advisor for the Arctic, stationed in Kotzebue on the Chukchi Sea coast, where I served from 1980-1982. During that time I traveled extensively across Arctic Alaska, delivering educational workshops in coastal villages on environmental topics, including oil and gas development and its potential impacts.

5. I have authored many publications pertaining to the Arctic, with a particular focus on the detrimental effects of oil development, shipping and climate change. I have also taught classes and workshops on the natural resources, fisheries and marine mammals of Alaska, as well as climate change and endangered species, among other things.

6. I served as the University of Alaska's marine advisor for the Prince William Sound (PWS) region on the south coast of Alaska from 1983 to 1996. I was directly involved in most aspects of the 1989 Exxon Valdez Oil Spill, including serving

on the emergency response team in Valdez, helping to develop the Oil Pollution Act of 1990, proposing settlement of all government claims against Exxon, and helping found the PWS Regional Citizens Advisory Council and PWS Science Center.

7.     The Arctic marine ecosystem is declining at a rapid pace due to climate change. Ringed and bearded seals are utterly dependent on sea ice and are losing their sea ice habitat. As sea ice melts there is a now rush to exploit Arctic Ocean resources. While climate change is the most severe threat to the Arctic ecosystem, other threats include fossil fuel extraction, mining, shipping, commercial fisheries, military activities, and contamination.

8.     In 2007, I first proposed establishment of an Arctic Regional Citizens' Advisory Council, to give local Arctic stakeholders a more direct oversight role in any and all Arctic oil and gas development, shipping, and other offshore industrial activities. In 2012, I was an invited expert witness to the UK Parliament's House of Commons Environmental Audit Committee on "Protecting the Arctic."

9.     I also organized Arctic offshore sea ice minimum over-flights in 2008 and 2009 with the U.S. Coast Guard (using a C-130 based in Kodiak). We flew scientists and media observers several hundred miles offshore of the north coast, including over Hanna Shoal, to observe ice conditions during the sea ice minimum (September), as well as the behavior and distribution of polar bears, walruses, and ringed and bearded seals at these times. I have also spent considerable time on the Chukchi Sea in summer (in small boats, fishing and recreating) and in winter (via snow machine), and viewed marine mammals

including ringed seals and bearded seals from the sea and air. I have been to Utqiagvik several times, and kayaked down rivers in the western NPRA to Kasegaluk Lagoon and Point Lay. I participated in fish antifreeze protein research (collecting fish and blood serum) from the Chukchi Sea sea ice in the early 1980s (with University of California Davis scientists).

10. I have looked for and seen marine mammals in the Chukchi and Beaufort Seas many times, including far offshore during our Coast Guard sea ice flights in 2008 and 2009, and large numbers of ringed seals along leads while I was on offshore flights in the Chukchi Sea and Bering Straits region.

11. In 2014 and 2015, I proposed that President Obama use his Antiquities Act authority to designate the Arctic Ocean off Alaska a Marine National Monument, in order to protect the many Arctic Ocean species, including ringed and bearded seals, as much as possible during this period of climate change and sea ice loss. I authored an online petition that received over 100,000 signatures, which was forwarded to the President, and Alaska media reports covered the request the day President Obama was in Anchorage. In 2023, I revived the Arctic Marine National Monument proposal with the Biden administration.

12. In 2014, I developed a public presentation entitled "Imperiled Arctic," which I since delivered publicly in several venues (universities, museums, etc.). The presentation includes an overview of current science and photographs of Arctic Ocean species, including ringed and bearded seals, the threats they face (including climate

change, offshore oil drilling, ship strikes, etc.), and potential protective policy solutions.

13.     Because the Arctic is one of the most spectacular, unique, and severely threatened places on earth, I believe we need bold action to protect the Arctic Ocean. In June 2022, I presented to the United Nations Ocean Conference (Lisbon, Portugal) my proposal for an International Arctic Marine Sanctuary which would prohibit commercial fishing, fossil fuel development, seabed mining, and military activities on all federal (EEZ) waters and the international waters (Areas Beyond National Jurisdiction) surrounding the North Pole. The proposed Arctic Marine Sanctuary would also reduce the risks of Arctic shipping. Such a sanctuary would reserve the Arctic Ocean as a common heritage for all for peaceful, non-commercial, and scientific purposes, and could be achieved through a multilateral treaty, an Arctic Addendum to the U.N. Law of the Sea, or by a stand-alone U.N. treaty. I am currently in discussions with the Biden administration proposing that it introduce the International Arctic Marine Sanctuary proposal at the U.N. General Assembly, and negotiate such with other Arctic states.

14.     In addition to my professional interests, I also have a deep personal interest in the Arctic in general. I have spent a great deal of time traveling in the Arctic "backcountry," enjoying the animals and ecosystems I am working to protect. I organized and joined an Arctic expedition across over two thousand miles of Arctic terrestrial and river habitat from northwest Canada across to Alaska and down to the Bering Sea (in the 1970s). I was stationed on the Chukchi Sea coast (in Kotzebue), as the first University of Alaska Marine Advisor for the Arctic region from 1980–1982. During that time, and

**CBD_FER-0016**

subsequently, I traveled extensively to the Chukchi Sea coastal villages to conduct marine educational programming with villagers on various coastal and marine issues. I initiated the marine mammal program in the University of Alaska Marine Advisory Program, and taught "Marine Mammals of Alaska" in many places. I also conducted a workshop series on offshore oil drilling in several Chukchi Sea villages. I have also spent time along the Beaufort Sea coast, as well as hiking across the entire Arctic National Wildlife Refuge (south-to-north) from Arctic Village to Kaktovik (Barter Island), and floating Arctic rivers.

15. Perhaps my fondest memories of the Chukchi Sea are from the early 1980s, when I lived and worked out of Kotzebue. Flying over drift ice, and observing hundreds of ringed seals along leads in the springtime, was quite spectacular. As well, I have greatly enjoyed observing walrus, bearded seals, and polar bears.

16. I plan to visit the coastal plain and offshore areas in the Chukchi and Beaufort Seas again this summer to observe marine and coastal wildlife, including ringed seals and bearded seals. As well, I am planning to visit certain North Slope villages to discuss with tribal leaders the establishment of an Arctic Regional Citizen's Advisory Council, and our proposed Arctic Marine National Monument. I will also continue my advocacy for establishment of the International Arctic Marine Sanctuary, working with Arctic Council members, as well as other governments and NGOs interested in protecting the critically threatened Arctic marine ecosystem.

17. In my time living along and later visiting the Arctic Ocean, I came to

appreciate the special wildness and remoteness of the region, its productive ecosystems, and fragility. I think preserving Arctic wild places and wildlife, both onshore and offshore, is a critically important conservation issue. I have spent many a day observing Arctic marine wildlife and vast landscapes and seascapes from the ground, air, and from boats, and I appreciate each and every encounter I have had with Arctic wildlife.

18.     Seeing Arctic wildlife – such as walruses, ringed seals, bearded seals, whales, and polar bears – and acknowledging their intrinsic right to exist, is one of the primary values I hold in protecting wild places in the Arctic. And it is not simply my personal ability to see these animals in the wild that I am concerned with, but even more so with their ability to live in their home habitat. These animals have an inherent right to exist in at least some of their historic range.

19.     Sadly, the Arctic habitat of ringed seals and bearded seals is suffering from severe climatic warming, which is causing the seals' critical sea ice habitat to melt, placing these magnificent and ecologically important species in clear danger of extinction. I am concerned that even the most pessimistic estimates about Arctic sea ice melt now appear to be overly optimistic. From my research and public advocacy on climate change, I understand that feedback loops are causing the ice to melt even more dramatically with impacts on many species, including Arctic cod, sea ice algae, polar bears, and ringed and bearded seals. I care deeply about the Arctic, and I have a personal and professional interest in the health of the Arctic marine environment and its inhabitants, including ringed seals and bearded seals. I am concerned for ringed and

bearded seals for their own sake, but also for my personal interests in visiting, studying and writing about them.

20.     The efforts of the State of Alaska to rescind critical habitat protections for ringed seals and for bearded seals would remove important protections for these imperiled animals, place the seals at increased risk of harm, and drive them further toward extinction due to the threats of climate change and Arctic oil development. I am harmed personally because I care greatly for the Arctic ecosystem and its many at-risk species, including ringed and bearded seals, and wish to see them preserved and protected. I would be deeply distressed personally by further harm to or the loss of the ringed seal, the bearded seal, or any other Arctic species.

21.     A court order upholding the Service's decision to protect the critical habitat of the ringed seal and the critical habitat of the bearded seal is necessary to ensure the ringed seal and bearded seal continue to receive the Endangered Species Act protections to which they are entitled.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated:  April 21, 2023

Richard G. Steiner

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF ALASKA,

*Plaintiff/Appellee/Cross-Appellant*,

v.

NATIONAL MARINE FISHERIES SERVICE,

*Defendant/Appellee*,

and

CENTER FOR BIOLOGICAL DIVERSITY,

*Intervenor-Defendant/Appellant/Cross-Appellee.*

On Appeal from the United States District Court for the District of Alaska
No. 3:23-cv-00032 (Hon. Sharon L. Gleason)

## DECLARATION OF AUSTIN AHMASUK

Kristen Monsell
Emily Jeffers
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
(510) 844-7100
kmonsell@biologicaldiversity.org
ejeffers@biologicaldiversity.org

Marlee Goska
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
mgoska@biologicaldiversity.org

*Attorneys for Intervenor-Defendant/Appellant/Cross-Appellee*
*Center for Biological Diversity*

I, Austin Ahmasuk, hereby declare as follows:

1.      I am over the age of 18 and competent to testify to the information herein if called to do so. I have personal knowledge of the information contained in this statement.

2.      I live in Sitnasuaq, or Nome, Alaska, where I was born and raised. I am Iñupiaq and a member of Nome Eskimo Community, a federally recognized Alaska Native tribe. I am a member of the Center for Biological Diversity.

3.      Nome is located in northwest Alaska, on the coast of the Norton Sound of the Bering Sea, and has a population of about 3,700. We are a remote, rural community 500 miles off the main road system in Alaska. Any outside goods, including groceries, must be brought in by air or marine transportation, at very high cost.

4.      Subsistence hunting, fishing, and gathering is essential to our way of life, as it has been for thousands of years, and allows us to sustain ourselves with our traditional foods. I practice a subsistence lifestyle, including hunting, fishing, and trapping, which has given me traditional knowledge experience and allowed me to develop connections to many tribal communities in Alaska, particularly the many small villages in the Bering Strait region, surrounding Nome. I am a tribal advocate, an environmental advocate, and an advocate for my people's culture and way of life.

5.     I work as an environmental coordinator at the Norton Sound Health Corporation, where I work with the environmental programs of villages in the Bering Strait region. I previously worked as the Environmental Justice Co-Director at Native Movement, where I advocated for greater equity and justice for Indigenous communities on environmental and subsistence issues. Prior to that, I worked for Kawerak, Inc.—a nonprofit tribal consortium of the 20 villages of the Bering Straits Region—where I advocated for subsistence activities in the face of melting sea ice.

6.     I was a co-founding member of the Ice Seal Committee, a co-management group, and was a duly elected member of the committee for many years. The Ice Seal Committee was established in the face of a rapidly changing Arctic environment to represent Alaska Native subsistence users; protect and enhance Alaska Native culture and traditions, particularly those activities associated with the subsistence use of ice seals; and to disseminate timely and reliable information about ice seals through research and outreach activities. I have also served as an elected member of the Nome Eskimo Community Tribal Council, the Northern Norton Sound Fish and Game Advisory Committee, and the Bering Strait/Norton Sound Migratory Bird Council.

7.     I am 53 years old and since I was old enough to be on a boat, I have engaged in ice seal hunting every year of my life. I grew up hunting ugruk, or

bearded seal, and natchiq, or ringed seal, as did my siblings and father and grandfather before us. My children have continued our traditional harvest of ice seals, as have my nieces and nephews.

8.      I learned to hunt ice seals from my grandfather, an elder, and his peers. I sat beside them in my grandfather's 23-foot wooden boat, listening and learning while they explained their perspective and outlook on hunting, offered other nuggets of life wisdom, and shared stories and legends.

9.      Hunting ice seals is important to not just me and my family, but the entire community. The ice seals offer a tremendous bounty and successful hunters share their catch widely, making ice seal harvest an important aspect of community living. Ice seal meat is consumed on a regular basis by most community members. Seal oil is used as a preservative for storage of other foods, like dry fish, dry meat, berries, and greens. The timing of seal hunting and processing times blend well with the harvesting of wild greens in June and July, which we then store in seal oil to eat throughout the rest of the year. I give the hides of the seals I catch away to other community members who use them to sew clothing. Our ability to continue our Indigenous harvesting practices, including the community sharing aspect, and passing those ways down to the next generation is essential to our wellbeing as Alaska Native people.

10.     In terms of amount, quantity, and nutritional value, ice seals are also irreplaceable for us as a protein source. Store-bought goods are extremely expensive in Nome due to our remote location. Even if store-bought protein was more affordable, it is not as nutritious as seal meat. It does not carry the same physical, mental, or cultural benefits as harvesting and sustaining ourselves with our traditional foods.

11.     My community has seen many environmental changes over the past several decades, some are so drastic that we could not have even imagined them twenty years ago. With warming due to climate change, we now have much less sea ice on the Bering Sea and along the coast, which affects Nome and the surrounding villages in various ways. Coastal sea ice that forms in fall, attaching to land, protects our community from volatile winter storms coming off the Bering Sea. We now see the coastal sea ice breaking up and receding earlier than it used to, leaving our coastal community increasingly vulnerable to extreme weather events.

12.     Loss of sea ice also affects ice seals, who use moving sea ice as a refuge and to haul out. Much of the sea ice we see now is the kind that is not a ideal refuge for the ice seals. The earlier seasonal breakup of the coastal ice also affects the ice seals' behavior, and subsistence hunters in our community, including myself, have to adjust to those changes. In years past, the time period to hunt seals

has typically been May, once the coastal sea ice starts to break up, allowing us to venture out by boat to hunt. May is what we think of as springtime, where the wintery weather is over and conditions have become milder. The earlier break up, now more commonly occurring in April, has resulted in seal hunting now more commonly occurring in April. This makes our trips to hunt ice seals more dangerous, as we have to hunt during the more volatile and wintery April weather, which is not yet spring in the Bering Straits region. If we were to wait, we would have to cross more open water and travel further to find the seals, which follow the ice. This means we may be less likely to find ice seals and traveling greater distances takes more time and can also be dangerous for hunters.

13.     I plan to continue to engage in ice seal hunting in April and/or May of 2026 and every year after that as long as I am able. On my hunting trips I usually travel as far south as 50 miles from Nome, 70 miles west, and 40 miles east. The number of trips I take in a season depends on how successful I am. This year I timed things well and filled my larder with several trips, but if I can't find any ice seals I have to continue to go out.

14.     In addition to the threats from changing sea ice and ocean warming changing the benthic ecosystems the ice seals rely on, the seals and their habitat are also threatened by oil and gas activities, offshore mining, high seas fishing, and other federal decisions. Protecting the ice seals' critical habitat is extremely

important for the continuation of my family and community's way of life. Especially as our community faces multiple threats to our continued survival, including an increase in extreme weather, flooding, erosion, and melting permafrost, declines in salmon, and an increase in contamination and diseases among marine mammals, protecting this vital subsistence resource is more important than ever. The cultural and community value of eating our traditional foods and the nutritional value of the seals is so essential to our wellbeing that I cannot imagine a future where my family and community are not able to hunt ice seals or pass down knowledge of our hunting practices to younger generations.

15. I supported the Endangered Species Act listing of both seals and the 2022 designation of their critical habitat in my personal capacity as a subsistence hunter. I have deep interests in seeing the critical habitat designations upheld. The designations and protections that come with them for the ice seals' habitat are an essential tool as the seals, and therefore our way of life, face increasing threats from changing sea ice, ocean warming, and industrial activities. The district court's vacatur of the critical habitat designations for the ice seals therefore harms me, my family, and my community.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: August 12, 2025

_____
Austin Ahmasuk

6