UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendant - Appellee,<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Intervenor-Defendant - Appellee. | No. 24-7276<br><br>D.C. No. 3:23-cv-00032-SLG<br>District of Alaska, Anchorage<br><br>ORDER |
| STATE OF ALASKA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendant - Appellee,<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Intervenor-Defendant - Appellant. | No. 24-7377<br><br>D.C. No. 3:23-cv-00032-SLG<br>District of Alaska, Anchorage |

Before: McKEOWN, FRIEDLAND, and SUNG, Circuit Judges.

Judge Friedland and Judge Sung have voted to deny the petition for rehearing en banc, and Judge McKeown so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc is DENIED.

IT IS SO ORDERED.